UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

WORLD RESOURCES COMPANY,

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY,

    Defendant.

Case No.: 1:19-cv-00949 (CMH/TCB)

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff World Resources Company and Defendant Travelers Casualty and Surety Company, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims asserted in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

Dated: February 18, 2020

Respectfully submitted,

| /s/ Latosha M. Ellis | /s/ C. Quinn Adams |
|---|---|
| Walter J. Andrews (VSB No. 46031) | Charles M. Sims (VSB No. 35845) |
| Latosha M. Ellis (VSB No. 87500) | C. Quinn Adams (VSB No. 90506) |
| HUNTON ANDREWS KURTH LLP | O'HAGAN MEYER, PLLC |
| 2200 Pennsylvania Avenue, NW | 411 East Franklin Street, Suite 500 |
| Washington, DC 20037 | Richmond, VA 23219 |
| Phone: (202) 955-1802 | Phone: (804) 403-7100 |
| Fax: (202) 862-3840 | Fax: (804) 403-7110 |
| wandrews@huntonak.com | CSims@ohaganmeyer.com |
| lellis@huntonak.com | CAdams@ohaganmeyer.com |
| *Counsel for Plaintiff World Resources Company* | *Counsel for Defendant Travelers Casualty Surety Company* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, February 18, 2020, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

                                                                    /s/ Latosha M. Ellis