## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

WORLD RESOURCES COMPANY,

     Plaintiff,                            Case No.: 1:19-cv-00949 (CMH/TCB)

v.

TRAVELERS CASUALTY AND SURETY
COMPANY,

     Defendant.

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff World Resources Company and Defendant Travelers Casualty and Surety Company, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims asserted in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

Dated: February 18, 2020

                                       Respectfully submitted,

| | |
|---|---|
| /s/ Latosha M. Ellis | /s/ C. Quinn Adams |
| Walter J. Andrews (VSB No. 46031) | Charles M. Sims (VSB No. 35845) |
| Latosha M. Ellis (VSB No. 87500) | C. Quinn Adams (VSB No. 90506) |
| HUNTON ANDREWS KURTH LLP | O'HAGAN MEYER, PLLC |
| 2200 Pennsylvania Avenue, NW | 411 East Franklin Street, Suite 500 |
| Washington, DC 20037 | Richmond, VA 23219 |
| Phone: (202) 955-1802 | Phone: (804) 403-7100 |
| Fax: (202) 862-3840 | Fax: (804) 403-7110 |
| wandrews@huntonak.com | CSims@ohaganmeyer.com |
| lellis@huntonak.com | CAdams@ohaganmeyer.com |
| | |
| *Counsel for Plaintiff World Resources Company* | *Counsel for Defendant Travelers Casualty Surety Company* |

So Ordered
Claude m. Hilton
USDJ
Feb, 19, 2020